417 A.2d 763

Commonwealth v. Perkins, Appellant.

622 

 Argued October 26, 1978. Wayne S. Lipecky, Assistant Public Defender, for appellant; John Lee Brown, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.